1  **AMBER A. BAYLOR**
   California State Bar No. 248196
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Amber_Baylor@fd.org

5  Attorneys for Mr. Hernandez-Garcia

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2643 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ROBERTO HERNANDEZ-GARCIA, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: November 16, 2007
    s/ *Amber Baylor*
**AMBER BAYLOR**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ochoa-Lopez
Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: November 16, 2007        /s/ *Amber Baylor*
**AMBER BAYLOR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
 E-mail: Amber_Baylor@fd.org