```
                                                    FILED
                                                   DEC 6 2007
                                              CLERK, U.S. DISTRICT COURT
                                           SOUTHERN DISTRICT OF CALIFORNIA
                                           BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3290-JAH |
| Plaintiff, ) | |
| ) | **I N F O R M A T I O N** |
| v. ) | |
| ) | Title 8, U.S.C., Sec. 1325 - |
| ROBERTO HERNANDEZ-GARCIA, ) | Illegal Entry (Misdemeanor); |
| ) | Title 8, U.S.C., Sec. 1325 - |
| Defendant. ) | Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about October 2, 2007, within the Southern District of California, defendant ROBERTO HERNANDEZ-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

CJB:kmm:San Diego
12/05/2007

Count 2

On or about November 8, 2007, within the Southern District of California, defendant ROBERTO HERNANDEZ-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 12/5/07

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney