AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ROBERTO HERNANDEZ-GARCIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR329-JAH

I, ROBERTO HERNANDEZ-GARCIA , the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); ~~Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)~~

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12-6-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER